UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KIDCO EARLY EDUCATION AND**
**LEARNING CENTERS, LLC**, an
Arkansas limited liability company                                                          **PLAINTIFF**

v.                                    CASE NO. 4:09-CV-00428-BSM

**KIDCO-MARKHAM, INC.,** an Arkansas Corporation,
**PATRICIA ANN ERNE, VICKI S. DURHAM,**
**TRAILS END HOLDNIG, INC.,** an Arkansas Corporation,
**L. WALTER QUINN, III, KIDCO INC.,** an Arkansas
Corporation (revoked), and **MILDRED M. QUINN**                          **DEFENDANTS**

## DISMISSAL ORDER

Based upon the representations of counsel that this matter has been settled, and good cause appearing therefore, the court hereby dismisses this matter with prejudice.

IT IS SO ORDERED THIS 11th day of August, 2009.

_____
UNITED STATES DISTRICT JUDGE